JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL VOELTZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 10, inclusive,<br><br>Defendant. | No. 5:21-cv-00151-FWS-KK<br><br>**JUDGMENT**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

In accordance with the court's Order Granting Defendant United States of America's ("Defendant") Motion for Summary Judgment (Dkt. 47) in which the court, after full consideration of the papers, evidence, oral argument, and authorities submitted by the parties, as well as the briefs and any other relevant information in the court's files and/or filed with the court in connection with the Motion for Summary Judgment, resolved all claims pending in this action by finding Defendant was entitled to judgment as a matter of law on all claims asserted against it, **IT IS HEREBY ORDERED,**

1

**ADJUDGED, AND DECREED** that:

1. Final Judgment shall be entered in favor of Defendant on all claims asserted by Plaintiffs Michael Voeltz, Rachel Voeltz, and Ricky Rodriguez (collectively, "Plaintiffs") in this action; and

2. Any motion or application for costs made by Defendant as the prevailing party in this action must be filed in compliance with L.R. 54-2, *et seq.*

**IT IS SO ORDERED**.

Dated: September 13, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2